## Staunton

CATHERINE UTZ LILLARD v. NATIONWIDE LIFE INSURANCE COMPANY.

August 31, 1962.

Record No. 5461.

Present, Eggleston, C. J., and Spratley, Buchanan, Snead, I'Anson and Carrico, JJ.

*J. Sloan Kuykendall* and *Peter K. McKee* (*James W. Fletcher; Kuykendall & Whiting*, on brief), for the plaintiff in error.

*Richard S. Wright, Jr.* and *J. Lynn Lucas* (*John H. Winkler*, on brief), for the defendant in error.

*Judgment affirmed* without opinion by equally divided Court.